Ken PATTERSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1957.

John J. Tribell, W. J. Stone, Pineville, for appellant.

Jo M. Ferguson, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Bell Circuit Court; W. R. Knuckles, Judge.

We are affirming the judgment sentencing Patterson to three months in jail and imposing a fine of $600 for assault with an automobile. There was sufficient evidence of assault to sustain the verdict, and the instructions were not prejudicially erroneous.

The motion for an appeal is overruled, and the judgment is affirmed.

SIMS and BIRD, JJ., do not concur in this order.